# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Palomar Medical Center

                 **V.**     **JUDGMENT IN A CIVIL CASE**

Charles E. Johnson et al

                               **CASE NUMBER:**  09cv605-BEN-NLS

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

| July 28, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ K. Hammerly
(By) Deputy Clerk

ENTERED ON July 28, 2010

09cv605-BEN-NLS