# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Palomar Medical Center

     V.       **AMENDED JUDGMENT IN A CIVIL**

Charles E. Johnson et al

         **CASE NUMBER:** 09cv605-BEN-NLS

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Report and Recommendation is adopted. Palomar's motion for summary judgment is denied with prejudice and the Secretary's motion for summary judgment is granted.

| August 2, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

         s/ K. Hammerly
         (By) Deputy Clerk

         ENTERED ON August 2, 2010